# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Raytheon Company ) ASBCA No. 58849
)
Under Contract Nos. N00019-05-G-0008 )
W911QX-04-C-0108 )

APPEARANCES FOR THE APPELLANT:
Paul E. Pompeo, Esq.
Dominique L. Casimir, Esq.
Lauren J. Schlanger, Esq.
  Arnold & Porter Kaye Scholer LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:
E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Debra E. Berg, Esq.
Stephen R. Dooley, Esq.
Cara A. Wulf, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Boston, MA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 May 2017

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58849, Appeal of Raytheon Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
